# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **ALBERT WRIGHTNER** § § | |
| **PLAINTIFF** § § | |
| v. § | NO. 5:22-CV-00126-RWS-JBB |
| § | |
| **SOUTHWESTERN CORRECTIONAL,** § | |
| **L.L.C. d/b/a LaSALLE CORRECTIONS,** § | |
| **L.L.C. and LaSALLE SOUTHWEST** § | |
| **CORRECTIONS; LaSALLE** § | |
| **MANAGEMENT COMPANY, L.L.C.;** § | |
| **BOWIE COUNTY, TEXAS; VERNON** § | |
| **BOWMAN, M.D., Individually; ASHLEY** § | |
| **SPIVEY, Individually; MELISSA GATLIN-** § | |
| **DEAN, Individually; JOHN and JANE** § | |
| **DOES 1-10** § § | |
| **DEFENDANTS** § | |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Motion to Dismiss and Notice of Dismissal. Docket No. 29. The parties represent that all claims between all parties have been resolved and request that this matter be dismissed with prejudice as to all remaining defendants, with each party to bear its own attorney fees and costs. *Id.* Being well apprised of the pleadings, evidence and arguments of counsel in this matter, the Court finds that the parties' joint motion (Docket No. 29) should be **GRANTED.** Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE** as to all defendants, as to all claims and causes of action, with each party bearing its own attorney fees and costs. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT.**

The Clerk of the Court is directed to close the case.

**So ORDERED and SIGNED this 30th day of August, 2023.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE